IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Christine M. Arguello

Civil Action No. 15-cv-01257-CMA
Criminal Action No. 11-cr-00406-CMA-02

UNITED STATES OF AMERICA,

v.

DANIEL SHAW,

    Movant.

---

## ORDER

---

After preliminary consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF Nos. 440 and 442, it is now

ORDERED that the United States Attorney on or before July 15, 2015, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: June 17, 2015

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge