IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 11-cr-00406-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    DANIEL SHAW,

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION AND AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255**

---

On July 31, 2015, the Court issued an Order Denying Defendant Daniel Shaw's Motion and Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  (Doc. # 451.)   In its Order, the Court inadvertently omitted analysis regarding the issuance of a certificate of appealability of that Order, and this matter is now before the Court on Mr. Shaw's Motion for a Certificate of Appealability.   (Doc. # 452.)

Under Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, a "district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."   Under 28 U.S.C. § 2253(c)(2), the Court may issue a certificate of appealability "**only if** the applicant has made a **substantial showing** of the denial of a constitutional right."   *Id.* (emphasis added). Such a showing is made when a movant "demonstrates 'that jurists of reason would find it

debatable' that a constitutional violation occurred, and that the district court erred in its resolution."  *United States v. Pinson*, 584 F.3d 972, 975 (10th Cir. 2009) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

In the instant case, the Order denying Mr. Shaw's Habeas Petitions explained that he did not present a cognizable constitutional claim with respect to either (1) his Sixth Amendment right to testify or (2) the Government's alleged *Brady* violation.  (Doc. # 451.)  Although Defendant's Motion asserts that Mr. Shaw's case presents "unusual and disturbing circumstances," in essence, it reiterates the same arguments it made in his original Petitions, and the Court concludes that reasonable jurists would not disagree with the Court's conclusion and find that the Court erred.  As such, Mr. Shaw has not made a substantial showing of the denial of a constitutional right, and the Court has no grounds to issue a certificate of appealability.

Accordingly, it is ORDERED that Mr. Shaw's Motion for Certificate of Appealability. (Doc. # 452) is hereby DENIED.

DATED: November 13, 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge