IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01257-CMA
Criminal Action No. 11-cr-00406-02-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL SHAW,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered:

Pursuant to the Order Denying Defendant's Motion and Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28, U.S.C. § 2255 (Doc. #451), entered on July 31, 2015, by Judge Christine M. Arguello, and Order denying Defendant's Motion for Certificate of Appealability (Doc. #453), entered on November 13, 2015, by Judge Christine M. Arguello, it is

ORDERED that Defendant's Motion and Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28, U.S.C. § 2255 (Doc. #451) is DENIED.  It is

FURTHER ORDERED that the corresponding civil action is dismissed.

DATED: November 13, 2015

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  s/ V. Barnes  
                                  V. Barnes, Deputy Clerk